IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CASEY ATES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-471(MTT) |
| | ) |
| BIBB SUPERIOR COURT, | ) |
| | ) |
| | ) |
| Respondent. | ) |
| | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 6). The Magistrate Judge recommends denying the Petitioner's Petition for Mandamus (Doc. 1) because the Petitioner has failed to state a legitimate basis for mandamus relief under 28 U.S.C. § 1361. The Petitioner did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Petitioner's Petition for Mandamus (Doc. 1) is **DENIED**.

**SO ORDERED,** this 11th day of January, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT